UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB M. COOK,<br><br>            Plaintiff,<br><br>   v.<br><br>YAKIMA SCHOOL DISTRICT #7,<br><br>            Defendant. | NO. CV-11-3052-EFS<br><br>**ORDER DISMISSING THE LAWSUIT AND CLOSING FILE** |

On June 15, 2011, the Court ordered *pro se* Plaintiff Jacob M. Cook to amend his May 6, 2011-filed Complaint, ECF No. 4, because it fails to comply with Federal Rule of Civil Procedure 8(a)'s requirements. The Court ordered Mr. Cook to amend his Complaint by July 28, 2011, and warned that failure to timely file an amended complaint would result in this lawsuit's dismissal. ECF No. 5. Mr. Cook has not filed an amended complaint. Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Complaint, **ECF No. 4**, is **DISMISSED without prejudice**.

    2.    Judgment shall be entered in Defendant's favor **without prejudice.**

///
///
//
/

ORDER ~ 1

1      3.    This filed shall be **CLOSED.**

2    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this ___8th___ day of August 2011.

                         s/ Edward F. Shea
                          EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2011\3052.dismiss.frm

ORDER ~ 2