AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JACOB M. COOK,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

YAKIMA SCHOOL DISTRICT #7,

CASE NUMBER: CV-11-3052-EFS

Defendant.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice and judgment is entered in Defendant's favor without prejudice.

August 8, 2011

_____
Date

JAMES R. LARSEN
_____
*Clerk*
 s/ Linda Emerson
_____
*(By) Deputy Clerk*
Linda Emerson